UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

(1) META, INC. SHAREHOLDER, SHARED SERVICES
JAMES D. LEWIS B52327

(2) GLOBAL DEVELOPMENT COMMUNICATIONS (GDC)
Co-Founder
JAMES D. LEWIS
B52327

Write the full name of each plaintiff.

25 CV 3532

(To be filled out by Clerk's Office)

-against-

**COMPLAINT**
(Prisoner)

(1) STATE OF NEW YORK, et.al.

(2) NEW YORK STOCK EXCHANGE (NYSE)

(3) AMERICAN CIVIL LIBERTIES UNION (ACLU) - NATIONAL OFFICE

(4) AMERICAN CORRECTIONAL ASSOCIATION

Do you want a jury trial?
☑ Yes   ☐ No

✱ INDIVIDUAL AND OFFICIAL(S) CAPACITIES ✱

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

RECEIVED
APR 29 2025
PRO SE OFFICE

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☐ Violation of my federal constitutional rights

☒ Other: _28 USCA 960(a), 1731, 1746, 1354, 1407(a), 1405-_

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

_JAMES_ _D._ _LEWIS_
First Name        Middle Initial      Last Name

_EMIL LEVEN, JOHN DUBOESE, JAMES OBAMA, JAMES TRUMP, JAMES BIDEN, etc._
State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_B52327; 200700290160, etc_
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

_DIXON CORRECTIONAL CENTER_
Current Place of Detention

_2600 NORTH BRENTON AVENUE_
Institutional Address

_DIXON_                _IL_             _61021-9532_
County, City            State            Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

JOHN/JANE     DOE'S     SUITE 1324
First Name     Last Name     Shield #

NEW YORK ATTORNEY GENERAL OFFICE - REGIONAL DIVISION
Current Job Title (or other identifying information) PAST, PRESENT AND FUTURE CASES. - CORRECTIONAL CENTER

163 WEST 125TH STREET     FORMER, PRESENT TAXPAYERS, CITIZENS, INMATES, ETC
Current Work Address

NY     NY     10027
County, City     State     Zip Code

Defendant 2:

JOHN/JANE ~~NEW~~     DOE'S     TRADING FLOOR/EXECUTIVE
First Name     Last Name     Shield #

NEW YORK STOCK EXCHANGE (NYSE)
BILLS, BONDS, NOTES, SHARES, SECURITY, STOCKS, ETC
Current Job Title (or other identifying information)

11 WALL STREET AND 18 BROAD STREET
Current Work Address

NY     NY    
County, City     State     Zip Code

Defendant 3:

JOHN/JANE     DOE'S     18TH FLOOR
First Name     Last Name     Shield #

AMERICAN CIVIL LIBERTIES UNION (ACLU)
NATIONAL OFFICE FOR PRISONERS, PRISONS, JAILS, ETC
Current Job Title (or other identifying information)

125 BROAD STREET
Current Work Address

NEW YORK     NY     10004
County, City     State     Zip Code

Defendant 4:

JOHN/JANE     DOE'S    
First Name     Last Name     Shield #

AMERICAN CORRECTIONAL ASSOCIATION
Current Job Title (or other identifying information)

206 NORTH WASHINGTON STREET
Current Work Address

ALEXANDRIA     VA     22314
County, City     State     Zip Code

## V.  STATEMENT OF CLAIM

Place(s) of occurrence: U.S.A., STATE OF NEW YORK, ETC.

Date(s) of occurrence: JUNE 25, 1948 AND PRESENT DAYS

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

WITHIN U.S.A., STATE OF NEW YORK, ETC. INDIVIDUALS, OFFICIALS, JUDGES, FOREIGNS, ETC. USE THE FEDERAL CIVIL JUDICIAL PROCEDURE AND RULES OF WEST LAW PRE-TRIAL OR POST-TRIAL PROCEEDINGS FROM ESTABLISH OR FORMED ON BEFORE MY TIME ON EARTH - RETROACTIVE BACK TO SECTION 1983 WAS ORIGINALLY KNOWN AS SECTION 2 OF THE KU KLUX KLAN ACT OF 1871 A.K.A. "JOSEPHITE MOVEMENT" WITH PRESENT HISTORY PRINTED OUT AND PUBLISHED FROM "THE JAILHOUSE LAWYERS HANDBOOK," http://jailhouselaw.org IN NEW YORK, NY 10012 WHICH IS A ESTABLISH AGAINST THE CIVIL RIGHTS ACT OF 1964 AND PRESENT AND THESE PROCEEDINGS WAS ESTABLISH AS A "KANGAROO COURT" TOWARDS MYSELF AND OTHERS UNDER THE 13, 14 AND 15 AMENDMENTS TO THE U.S. CONSTITUTION WITH CLEAR AND/OR ABOLISHING THE U.S. DEBT CEILING AND PRISONERS INDEBTNESS TO THE NYSE, AMERICAN CORRECTIONAL ASSOCIATION, AMERICAN CIVIL LIBERTIES UNION (ACLU), STATE OF NEW YORK, NATION WIDE, ETC. RETROSPECTIVE LAW, ETC. UNDER THE PRIVATE SECTORS TO ALL ENCLOSED, CORRECTIONAL OFFICERS 401(K), POLICE OFFICERS AND SHERIFF(S) PENSION PLAN/FUNDS, ETC. WHICH SET-UP ALL FOR ENTRAPMENTS, PLOTS, UNCONSTITUTIONAL MATTERS, ETC. THROUGH THE PRESENT PRESIDENT OF THE U.S. DONALD J. TRUMP WHO WAS BORN IN NEW YORK AND THE MARKETS PROVIDES ALL TYPE OF SUPPLIES AND DEMANDS TO JAILS, PRISONS, ETC. WITHIN U.S., CHINA, MEXICO, CANADA, NORTH AMERICA FREETRADE AGREEMENT (NAFTA), ETC. AND THE STATE OF NEW YORK IS A SANCTUARY CITY

WHICH MAKES THE PRESIDENT OF THE U.S.A. PRESIDENTIAL OFFICES UNCONSTITUTIONAL, BY DEFENDANTS, ETC. WITH CONVICTED FELON CASES IN NEW YORK OF DONALD J. TRUMP BEING A MOCKERY OF JUSTICE TOWARDS JAILS, PRISONERS, JUDGES, CORRECTIONAL OFFICERS, POLICE OFFICERS, FATHERS, MOTHERS, BROTHERS, FRIENDS OF THE COURTS, ETC. NO ONE CAN EXHAUST THERE STATE REMEDIES WITHIN THE STATE OF ILLINOIS, STATE OF NEW YORK, ETC. UNTIL U.S. ATTORNEY GENERAL OFFICE PAM BONDI IMPEACH HERSELF OR THE PRESIDENT OF THE U.S.A. (ASAP) NATIONWIDE, ETC. UNDER HIS BIRTH CERTIFICATE FILED IN THE STATE OF NEW YORK ON JUNE 14, 1946; MAGANOMIC; BIDENOMIC, CHICAGONOMIC, ETC.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I WAS BORN JULY 9, 1975 AND PRESENT DATE WHICH COULD MAKE MYSELF AND OTHERS WITHIN THE U.S.A., NEW YORK, ETC. CO-CONSPIRATORS, LIABILITIES, ETC. TO PLOTS, CAMPAIGN FRAUD, INSURANCE FRAUD, WIRE FRAUD, MAIL FRAUD, ETC. THROUGH THE DEFENDANTS, ETC. THE 34 FELON COUNTS, MAYOR ERIC ADAMS CHARGES DISMISS WITH PREDUJICAL; ROBERT KELLY CONVICTED, DIRTY POLITICS STATE AND FEDERAL, MEDIA AND PRESS PUBLICATIONS, ETC.

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

I WOULD LIKE ALL MATTERS ADDRESSED IN THE COMPLAINT, AND THE COURTS AND DEFENDANTS HELP ME ORGANIZATION OR SET-UP $25,000,000.01 PAYMENT SYSTEM ON MY OUT-OF-COURT SETTLEMENT, ETC. TO ALL CORRECTIONAL OFFICIALS NATIONWIDE ONE TIME RETIRED OR STILL WORKING WITHIN THE U.S.A.; AND $5,000,000.02 TO ALL LOCAL SHERIFFS AND POLICE(S) ON DUTY OR RETIRED ONE TIME; AND $250,000.04 TO ALL INMATES IN JAILS OR PRISONS ONE TIME AND ON PAROLE OR PROBATIONS FROM 1871 TO 2031 UNDER ONE PRISON RULE, SYNTHETIC SECURITY, CAPITAL GAIN TAX, ETC. WITH IMMEDIATELY RELEASES, ETC. WITHIN THE SECOND CHANCE ACT OF 2007, 28 USCA 2007.(a)(b), ETC. MATTERS ENCLOSED WITH INMATES WITH MENTAL ILLNESS AND/OR HANDICAPPED WITH FIRST PRIORITIES TO ALL MATTERS OF RELIEF, UNDER AMERICANS WITH DISABILITIES ACT OF 1990, ETC.

Page 5

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 4/15/2025

Plaintiff's Signature

First Name: JAMES
Middle Initial: D.
Last Name: LEWIS

Prison Address: 2600 NORTH BRINTON AVENUE

County, City: DIXON
State: IL
Zip Code: 61021-9532

Date on which I am delivering this complaint to prison authorities for mailing: 4/15/2025

JAMES D. LEWIS
B52337
2600 NORTH BRINTON AVENUE
DIXON, IL 61021-4532

LEGAL MAIL

RECEIVED
APR 29 2025
PRO SE OFFICE

USM4P
SDNY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PRO SE INTAKE UNIT    Room 120
500 PEARL STREET
NEW YORK, NY 10007

THIS CORRESPONDENCE IS FROM AN INDIVIDUAL IN CUSTODY OF THE ILLINOIS DEPT OF CORRECTIONS

US POSTAGE $002.0
ZIP 61021
0000802879 APR 16 21